| | |
|---|---|
| David Fink (pro hac vice)<br>FINK & JOHNSON<br>7519 Apache Plume<br>Houston, TX 77071<br>Telephone: 713-729-4991<br>Facsimile: 713-729-4951<br>Email: federallitigation@comcast.net<br><br>Duncan M. McNeill (Cal. Bar No. 136416)<br>1514 Van Dyke Avenue<br>San Francisco, CA 94124<br>Telephone: 415-752-5063<br>Email: dmcneill@netzero.net<br><br>Attorneys for Plaintiff<br>James B. Goodman | RALPH ZAPPALA, SB# 102052<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>One Sansome Street, Suite 1400<br>San Francisco, California 94104<br>Telephone: (415) 362-2580<br>Facsimile: (415) 434-0882<br>Email: zappala@lbbslaw.com<br><br>NICHOLAS B. CLIFFORD, JR. (pro hac)<br>MICHAEL H. LONGMEYER (pro hac)<br>ARMSTRONG TEASDALE LLP<br>One Metropolitan Square, Suite 2600<br>St. Louis, Missouri 63102-2740<br>Telephone: (314) 621-5070<br>Facsimile: (314) 621-5065<br>Email: nclifford@armstrongteasdale.com<br>Email: mlongmeyer@armstrongteasdale.com<br><br>Attorneys for Defendant<br>NUMONYX B.V. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES B. GOODMAN,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>NUMONYX B.V.,<br><br>　　　Defendant. | Case No.: 09 CV-4243 MHP<br><br>STIPULATED MOTION TO EXTEND THE DEADLINE FOR MEDIATION |

| | |
|---|---|
| 1 | Plaintiff JAMES B. GOODMAN ("Goodman") and Defendant NUMONYX B.V. |
| 2 | ("Numonyx B.V.") are submitting this Stipulated Motion to extend the deadline for Mediation for |
| 3 | 90 days after the Court resolves the issue of jurisdiction. |
| 4 | On November 4, 2009, Numonyx B.V. filed a Motion to Dismiss for lack of jurisdiction |
| 5 | due to improper service of process (F.R.C.P. 12(b)). No Hearing date has been assigned for the |
| 6 | Motion, and the Motion remains undecided by the Court. |
| 7 | On January 29, 2010, the Court Ordered mediation within 90 days of that Order (Docket |
| 8 | No. 26.) |
| 9 | On February 8, 2010, the Court had an Initial Case Management Conference and at that |
| 10 | time, the Court invited David Fink, attorney for Plaintiff James B. Goodman, to resolve the issue |
| 11 | of service of process raised by Defendant Numonyx B. V. in its Motion by effecting service on the |
| 12 | Numonyx B.V. in Switzerland, the country of incorporation of the Dutch company. The Court |
| 13 | then ordered the parties to return April 12, 2010 to report as to whether the service of process had |
| 14 | been completed, and if Defendant Numonyx B.V. still wants to make its Motion to Dismiss. |
| 15 | On February 11, 2010, the Court Staff issued a noticed that "Deadlines terminated". |
| 16 | During a telephone conference on February 24, 2010 with Robin Siefkin, attorney from the office |
| 17 | of ADR, the attorneys participating, Nicholas Clifford, attorney for Numonyx B.V. and David |
| 18 | Fink, attorney for James B. Goodman, were advised by Ms. Siefkin that she thought that the order |
| 19 | of February 11, 2010 did not apply to the deadline for the mediation (set in Docket No. 26). |
| 20 | Thus, the parties are jointly requesting that the Court reset the deadline for mediation until |
| 21 | 90 days after the issue of jurisdiction has been resolved by the Court. |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |

Respectfully submitted,

FINK & JOHNSON

Dated this March 15, 2010                                    By:   /s/ David Fink
                                                                                David Fink

Attorneys for Plaintiff
James B. Goodman


ARMSTRONG TEASDALE LLP

Dated March 15, 2010                                         By:   /s/ Nicholas B. Clifford, Jr.
                                                                                Nicholas B. Clifford, Jr

Attorney for Defendant
Numonyx B. V.

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, David Fink, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 15, 2010 at Houston, Texas.

By:   /s/ David Fink
        David Fink

So Ordered:   3/16/2010

IT IS SO ORDERED
Judge Marilyn H. Patel

CIVIL ACTION NO.: 09-CV-4243MHP
STIPULATED MOTION TO EXTEND THE DEADLINE FOR MEDIATION