| | |
|---|---|
| David Fink (pro hac vice)<br>FINK & JOHNSON<br>7519 Apache Plume<br>Houston, TX 77071<br>Telephone: 713-729-4991<br>Facsimile: 713-729-4951<br>Email: federallitigation@comcast.net<br><br>Duncan M. McNeill (Cal. Bar No. 136416)<br>1514 Van Dyke Avenue<br>San Francisco, CA 94124<br>Telephone: 415-752-5063<br>Email: dmcneill@netzero.net<br><br>Attorneys for Plaintiff<br>James B. Goodman | RALPH ZAPPALA, SB# 102052<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>One Sansome Street, Suite 1400<br>San Francisco, California 94104<br>Telephone: (415) 362-2580<br>Facsimile: (415) 434-0882<br>Email: zappala@lbbslaw.com<br><br>NICHOLAS B. CLIFFORD, JR. (pro hac)<br>MICHAEL H. LONGMEYER (pro hac)<br>ARMSTRONG TEASDALE LLP<br>One Metropolitan Square, Suite 2600<br>St. Louis, Missouri 63102-2740<br>Telephone: (314) 621-5070<br>Facsimile: (314) 621-5065<br>Email: nclifford@armstrongteasdale.com<br>Email: mlongmeyer@armstrongteasdale.com<br><br>Attorneys for Defendant<br>NUMONYX B.V. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES B. GOODMAN,<br><br>    Plaintiff,<br><br>  vs.<br><br>NUMONYX B.V.,<br><br>    Defendant. | Case No.: 09 CV-4243 MHP<br><br>STIPULATED MOTION TO EXTEND THE DEADLINE FOR MEDIATION |

---

CIVIL ACTION NO.: 09-CV-4243MHP
STIPULATED MOTION TO EXTEND THE DEADLINE FOR MEDIATION

1  Plaintiff JAMES B. GOODMAN ("Goodman") and Defendant NUMONYX B.V.
2  ("Numonyx B.V.") are submitting this Stipulated Motion to extend the deadline for Mediation for
3  90 days after the Court resolves the issue of jurisdiction.
4  On November 4, 2009, Numonyx B.V. filed a Motion to Dismiss for lack of jurisdiction
5  due to improper service of process (F.R.C.P. 12(b)).  No Hearing date has been assigned for the
6  Motion, and the Motion remains undecided by the Court.
7  On January 29, 2010, the Court Ordered mediation within 90 days of that Order (Docket
8  No. 26.)
9  On February 8, 2010, the Court had an Initial Case Management Conference and at that
10 time, the Court invited David Fink, attorney for Plaintiff James B. Goodman, to resolve the issue
11 of service of process raised by Defendant Numonyx B. V. in its Motion by effecting service on the
12 Numonyx B.V. in Switzerland, the country of incorporation of the Dutch company.  The Court
13 then ordered the parties to return April 12, 2010 to report as to whether the service of process had
14 been completed, and if Defendant Numonyx B.V. still wants to make its Motion to Dismiss.
15 On February 11, 2010, the Court Staff issued a noticed that "Deadlines terminated".
16 During a telephone conference on February 24, 2010 with Robin Siefkin, attorney from the office
17 of ADR, the attorneys participating, Nicholas Clifford, attorney for Numonyx B.V. and David
18 Fink, attorney for James B. Goodman, were advised by Ms. Siefkin that she thought that the order
19 of February 11, 2010 did not apply to the deadline for the mediation (set in Docket No. 26).
20 Thus, the parties are jointly requesting that the Court reset the deadline for mediation until
21 90 days after the issue of jurisdiction has been resolved by the Court.

Respectfully submitted,

FINK & JOHNSON

Dated this March 15, 2010                By:   /s/ David Fink
                                         David Fink

                                         Attorneys for Plaintiff
                                         James B. Goodman


ARMSTRONG TEASDALE LLP

Dated March 15, 2010                     By:   /s/ Nicholas B. Clifford, Jr.
                                         Nicholas B. Clifford, Jr

                                         Attorney for Defendant
                                         Numonyx B. V.

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, David Fink, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 15, 2010 at Houston, Texas.

By:   /s/ David Fink
David Fink

So Ordered:   3/16/2010

IT IS SO ORDERED
Judge Marilyn H. Patel

CIVIL ACTION NO.: 09-CV-4243MHP
STIPULATED MOTION TO EXTEND THE DEADLINE FOR MEDIATION