Duncan M. McNeill
1514 Van Dyke Avenue
San Francisco, CA 94124
415 752-5063 Telephone
415 752-5063 Facsimile
dmcneill1@netzero.com
Fed. Bar No. 136416

David Fink (pro hac vice)
Fink & Johnson
7519 Apache Plume
Houston, Texas 77071
713.729.4991 Tel
713.729.4951 Fax
federallitigation@comcast.net
Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES B. GOODMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>NUMONYX B. V.<br><br>    Defendant. | Civil Action No. 09-CV-4243 MHP<br><br>UNOPPOSED MOTION TO EXTEND THE DATE OF THE FURTHER CASE MANAGEMENT CONFERENCE FROM APRIL 12, 2010 UNTIL July 12, 2010 |

This is an Unopposed Motion to extend the date of the Further Case Management Conference set for April 12, 2010 for three months until July 12, 2010.

The attorney for Numonyx B.V. has graciously informed me that this Motion will not be opposed.

During the Case Management Conference on February 8, the issue of service of process was raised, and the Court directed the Plaintiff to have service of the Complaint on Numonyx B.V. at its corporate headquarters in Switzerland to resolve the issue raised by Numonyx B.V. as to the validity of the service done in California.

Shortly thereafter, the undersigned attorney for James B. Goodman contact a company to serve the Complaint on Numonyx B.V.. A recent letter from that company indicates that the translations have been completed, and all of the documents have been sent to the Swiss Authorities fro service according to laws. See Exhibit A. The letter projects that the completion of the service and the return of the documents for filing in this Court will be around June 3 2010.

Extending the Hearing date to July 12, 2010 from April 12, 2010 will allow for unexpected delays and ultimately save the Court€s time. This is the first request to extend this deadline.

THE PLAINTIFF
JAMES B. GOODMAN

/s/ David Fink
David Fink

Attorney for the Plaintiff

SO ORDERED: 4/2/2010

District Judge Ma

**EXHIBIT A**

Duncan M. McNeill
1514 Van Dyke Avenue
San Francisco, CA 94124
415 752-5063 Telephone
415 752-5063 Facsimile
dmcneill1@netzero.com
Fed. Bar No. 136416

David Fink (*pro hac vice*)
Fink & Johnson
7519 Apache Plume
Houston, Texas 77071
713.729.4991 Tel
713.729.4951 Fax
federallitigation@comcast.net
Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES B. GOODMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>NUMONYX B. V.<br><br>    Defendant. | Civil Action No. 09-CV-4243 MHP<br><br>UNOPPOSED MOTION TO EXTEND THE DATE OF THE FURTHER CASE MANAGEMENT CONFERENCE FROM APRIL 12, 2010 UNTIL July 12, 2010 |

### DECLARATION OF DAVID FINK IN SUPPORT OF

### UNOPPOSED MOTION TO EXTEND THE TIME FOR A FURTHER

### CASE MANAGEMENT CONFERENCE SET FOR APRIL 12, 2010

I, David Fink, hereby declare:

1. I am over the age of 18, and competent to make the declarations herein.

2. I the attorney for Plaintiff James B. Goodman.

3. Attached hereto is a true copy of a letter I received from Legal Language Services

      dated March 16, 2010 indicating the progress in the service of process on Plaintiff Numonyx B.V. and an estimate that service will be completed along with all documents sent to me in about 3 months from March 3, 2010.

I declare under penalty of perjury the foregoing statements are true and correct.

April 1, 2010                                    /s/ David Fink
                                                          David Fink



**LEGAL LANGUAGE SERVICES**

A division of ALS International
8014 State Line Road
Suite 110
Leawood, KS 66208-3712

Telephone (913) 341-3167
Toll Free (800) 755-5775
Telefax (913) 341-3168
www.legallanguage.com

March 16, 2010

David Fink, Esq.
Fink & Johnson
7519 Apache Plume
Houston, TX 77071

RE: *James B. Goodman v. Numonyx N.V.*
*International Service of Process in Switzerland upon: Numonyx B.V.*

Dear Mr. Fink:

I would like to inform you that the Central Authority for Switzerland received your Hague Request for the above-mentioned case on March 3, 2010.

Currently, it takes an average of 3 months before proof of service is returned to the applicant. If you wish, for an additional fee, Legal Language Services (LLS) can provide periodic follow up with the Swiss Central Authority and report to you on your case's progress. Such reports normally commence 6-8 weeks after the request is filed with the foreign authority.

Once service has been effected, the Certificate on page two will be completed by the Swiss authorities and returned to LLS, along with a copy of all original documents forming a part of the Request. <u>Proof of service may be in French, German or Italian</u>. LLS will provide you with a bid letter for translation and certification of the proof of service. Please note, the entire packet of documents, including the final translation, is submitted to the court as proof of service.

If you have any questions or concerns, please feel free to contact our office. It has been a pleasure working with you.

Sincerely,

LEGAL LANGUAGE SERVICES
*A Division of ALS International, Inc.*

Vicki Portuguez
International Litigation Support Services